DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. LOYE

No. 199A82.

Case below: 56 N.C. App. 501.

Motion by defendant to dismiss the appeal allowed 21 September 1982.

STATE v. MACKEY

No. 503P82.

Case below: 58 N.C. App. 385.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 5 October 1982. Motion by defendant to dismiss appeal for lack of substantial constitutional question allowed 5 October 1982.

STATE v. MELVIN

No. 444P82.

Case below: 57 N.C. App. 503.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 21 September 1982.

STATE v. PERRY

No. 437P82.

Case below: 57 N.C. App. 710.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 October 1982. Motion by Attorney General to dismiss appeal for lack of significance to the jurisprudence of the State allowed 5 October 1982.

STATE v. PETERSON

No. 469P82.

Case below: 58 N.C. App. 240.

Petition by defendant for discretionary review under G.S. 7A-31 denied 21 September 1982.